UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA *ex rel.*
SEAN GOSE, as Personal Representative
of the Estate of Dennie Gose, and
BRENT BERRY,

    Plaintiffs,

v.                                              Case No. 8:16-cv-03411-KKM-AEP

NATIVE AMERICAN SERVICES
CORPORATION and GREAT
AMERICAN INSURANCE GROUP,
INC.,

    Defendants.
_____

## ORDER

My husband currently serves as the Acting Associate Attorney General for the United States Department of Justice. The Office of the Associate Attorney General supervises one of the litigating components of the Justice Department representing the government in this case. *See* U.S. Dep't of Just., *Office of the Associate Attorney General*, ORGANIZATION, MISSION AND FUNCTIONS MANUAL, https://perma.cc/9ZG6-ZW2L. The attorneys for the government are therefore directed to file a declaration explaining how the Acting Associate Attorney General is screened from supervising their handling of this case. *See* CODE OF CONDUCT FOR UNITED STATES JUDGES Canon 3C(1); 2B JUDICIAL

Conference of the United States, Guide to Judiciary Policy Ch. 2, § 220 (Advisory Op. No. 38) (explaining that Canon 3C(1) ordinarily requires recusal if a judge's relative "has supervisory responsibility over the attorney handling the case before the judge, even if the relative is not personally involved and has no knowledge of the case"); 2B Guide to Judiciary Policy Ch. 3, § 3.2-4(a-1) (elaborating that recusal is unnecessary if "the government office implements a procedure that relieves the relative of supervisory responsibility, and the screening mechanism or other procedure requires minimal effort to implement and can be easily explained to the public"). *See generally* 28 U.S.C. § 455 (generally imposing the same requirements as Canon 3C(1)).

The government shall file its declaration no later than **January 30, 2025.**

**ORDERED** in Tampa, Florida, on January 23, 2025.

Kathryn Kimball Mizelle
United States District Judge