## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. SEAN GOSE, as Personal Representative of the Estate of DENNIE GOSE, et al.,<br><br>Plaintiffs/Relators<br><br>v.<br><br>NATIVE AMERICAN SERVICES CORPORATION et al.,<br><br>Defendants. | Case No.: 8:16-cv-3411-SCB-AEP |

### UNITED STATES'S NOTICE OF INTERVENTION
### PURSUANT TO 28 U.S.C. § 2403(a)

Pursuant to 28 U.S.C. § 2403(a), and in accordance with Fed. R. Civ. P. 5.1, the United States respectfully exercises its statutory right to intervene in this matter.[1] The United States is intervening for the limited purpose of defending the constitutionality of the *qui tam* provisions of the False Claims Act (FCA), which has been challenged by Defendants. (*See* Dkt. 113).

---

[1] Under 28 U.S.C. § 2403(a), the United States has an unconditional right to intervene in "any action . . . wherein the constitutionality of an Act of Congress affecting the public interest is drawn into question."

- 1 -

- 2 -

Dated:  February 20, 2025

Respectfully Submitted,

BRETT A. SHUMATE
Principal Deputy Assistant Attorney General

SARA C. SWEENEY
Acting United States Attorney


*/s/ Christopher J. Emden*
CHRISTOPHER J. EMDEN
Assistant United States Attorney
USA No. 158
400 North Tampa Street, Suite 3200
Tampa, FL 33602
Tel: (813) 274-6000
Fax: (813) 274-6200
Christopher.Emden@usdoj.gov

JAMIE A. YAVELBERG
ALLISON CENDALI
JAY D. MAJORS
Attorneys, Commercial Litigation Branch
U.S. Department of Justice
175 N. Street N.E., Room 9.202
Washington, D.C. 20002
Ph: (202) 307-0264


*Attorneys for the United States of America*